BERNARD F. SHEEHAN ET AL. *v.* ZONING COMMISSION OF THE TOWN OF OLD SAYBROOK

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Middlesex County is granted.

*Thomas F. Brown,* in support of the petition.
*Etalo G. Gnutti,* in opposition.

Submitted December 2—decided December 20, 1976

BRUCE R. CARPENTER ET AL. *v.* PLANNING AND ZONING COMMISSION OF STONINGTON ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New London County is granted.

*Joseph Q. Koletsky,* in support of the petition.
*Joseph J. Purtill* and *John W. Roberts,* in opposition.

Submitted December 3—decided December 20, 1976

STATE OF CONNECTICUT *v.* JAMES R. SESLER, JR.

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Richard Emanuel,* assistant public defender, in support of the petition.

Submitted December 15—decided December 20, 1976